```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


NATIONAL ALLIANCE,              )
                                )
            Plaintiff,          )
                                )
      vs.                       )    No. 4:06-CV-111 (CEJ)
                                )
BI-STATE DEVELOPMENT AGENCY     )
OF THE MISSOURI-ILLINOIS        )
METROPOLITAN DISTRICT,          )
                                )
            Defendant.          )
```

## ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 19th day of June, 2006.